JUNE 12, 1995

No. 94–1518. DOCTOR'S ASSOCIATES, INC., ET AL. v. CASAROTTO ET UX. Sup. Ct. Mont. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Allied-Bruce Terminix Cos.* v. *Dobson,* 513 U. S. 265 (1995).

No. —— ——. SWISHER v. TEXAS WORKERS' COMPENSATION COMMISSION ET AL.;

No. —— ——. MARIAN v. SCOTT ET AL.; and

No. —— ——. ARNETTE v. ALLSTATE INSURANCE CO. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1530. IN RE DISBARMENT OF WINDHEIM. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1533. IN RE DISBARMENT OF SHREVE. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1555. IN RE DISBARMENT OF FEIT. It is ordered that Michael A. Feit, of Albany, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1556. IN RE DISBARMENT OF WARTER. It is ordered that J. Christopher Warter, of South Bend, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.